**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NEIL LEVITT, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWELL HEALTH, INC. and PERRY JOHNSON & ASSOCIATES, INC.,<br><br>Defendants. | Case No. 2:23-cv-1892-ART-NJK<br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Neil Levitt, individually and on behalf of all others similarly situated, ("Plaintiff") and Defendant Northwell Health, Inc. ("Northwell") stipulate and respectfully request under Local

Rule IA 6 that this Court extend the time for Northwell to respond to Plaintiff's complaint in the above-captioned action (the "Complaint") until **January 29, 2024**.

Plaintiff filed the Complaint on November 16, 2023 and served on Northwell on November 27, 2023. Northwell's response is currently due by December 18, 2023.

Northwell requires this extension to evaluate the complex allegations and causes of action raised in the Complaint, evaluate the merits of each claim, understand the complexities of discovery, speak with plaintiff and co-defendant counsel in each case, and consider options for consolidation or transfer in order to preserve judicial economy. Northwell also requests this additional time to evaluate the numerous putative class action complaints that have been filed against Northwell in Federal and State courts—including ten actions in this District alone—concerning the facts and circumstances that gave rise to the Complaint. A list of these related cases is included as Appendix A.[1]

This is the first request for extension of time for this deadline. The parties respectfully submit that there is good cause for this extension and the requested extension is not for the purpose of delay.

///

///

---

[1] Northwell also notes that several additional putative class action complaints have been filed against co-defendant Perry Johnson & Associates, Inc. ("PJ&A") in Federal and State courts. *See Carter v. Cook County Health and Perry Johnson & Associates, Inc.*, No. 2:23-cv-1866 (D. Nev. filed Nov. 13, 2023); *Kurtev et al. v. Cook County Health & Hospitals System and Perry Johnson & Associates, Inc.*, No. 2:23-cv-1905 (D. Nev. filed Nov. 17, 2023); *Belov et al. v. Perry Johnson & Associates, Inc.*, No. 2:23-cv-1925 (D. Nev. filed Nov. 20, 223); *Colon et al. v. Perry Johnson & Associates, Inc.*, No. 2:23-cv-1910 (D. Nev. filed Nov. 20, 2023); *Davis v. Perry Johnson & Associates, Inc.*, No. 2:23-cv-1932 (D. Nev. filed Nov. 21, 2023); *O'Neill et al. v. Perry Johnson & Associates, Inc. and County of Cook, Illinois*, No. 2:23-cv-1964 (D. Nev. filed Nov. 28, 2023); *Sept et al. v. Perry Johnson & Associates, Inc.,* No. 2:23-cv-01983 (D. Nev. filed Nov. 30, 2023); *Kimber v. Cook County Health & Hospital System and Perry Johnson & Associates, Inc.*, No. 2023CH09293 (Ill. Cir. Ct., Cook County filed Nov. 7, 2023); and *Martin v. Cook County Health & Hospital System and Perry Johnson & Associates, Inc.*, No. 2023CH09558 (Ill. Cir. Ct., Cook County filed Nov. 21, 2023). Northwell has not been named as a defendant in any of these complaints.

IT IS SO STIPULATED.

Dated: December 6, 2023.

SNELL & WILMER

By: /s/ Aleem A. Dhalla
Alex L. Fugazzi (NV Bar #9022)
Aleem A. Dhalla (NV Bar #14188)
3883 Howard Hughes Parkway, Ste 1100
Las Vegas, NV 89169-5958
Telephone: (702) 784-5200
afugazzi@swlaw.com
Adhalla@swlaw.com

William L. Roberts*
Kathryn E. Caldwell*
Andrew B. Cashmore*
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Phone: (617) 951-7000
Fax: (617) 951-7050
william.roberts@ropesgray.com
kathryn.caldwell@ropesgray.com
andrew.cashmore@ropesgray.com

Glen J. Dalakian II*
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036-8704
Phone: (212) 596-9000
Fax: (212) 596-9090
glen.dalakian@ropesgray.com

*Counsel for Defendant Northwell Health, Inc.*
*pro hac vice forthcoming

Dated: December 6, 2023.

STRANCH, JENNINGS
& GARVEY, LLC

By: /s/ Nathan R. Ring
Nathan R. Ring, Esq.
2100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102
nring@stranchlaw.com

Jeff Ostrow (*Pro Hac Vice*)
Ken Grunfeld (*Pro Hac Vice*)
KOPELOWITZ OSTROW P.A.
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
ostrow@kolawyers.com
grunfeld@kolawyers.com

*Counsel for Plaintiff and Putative Class*

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the Parties' stipulation is GRANTED. Northwell Health, Inc. shall have up to and including **January 29, 2024** to respond to Plaintiff's complaint.

**IT IS SO ORDERED**.

DATED: December 7, 2023.

_____
Nancy J. Koppe
United States Magistrate Judge